**UNITED STATES of America,
Plaintiff–Appellee.**

v.

**Gonzalo POLANCO–BALLESTEROS,
Defendant–Appellant.**

**No. 07–50983
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 22, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM: *

Gonzalo Polanco–Ballesteros appeals his sentences following his guilty plea convictions for importation of marijuana and possession with intent to distribute marijuana. He argues that the district court clearly erred in finding that he was not a minor participant under U.S.S.G. § 3B1.2(b). He further argues that, as a result of the district court's error, a presumption of reasonableness does not apply to his sentence and his case must be remanded for resentencing. The district court's finding that

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

Polanco–Ballesteros was not a minor participant was plausible in light of the record as a whole and, thus, not clearly erroneous. *See United States v. Villanueva,* 408 F.3d 193, 203–04 (5th Cir.2005).

AFFIRMED.